

# IN THE
## TENTH COURT OF APPEALS

### No. 10-13-00204-CR

## IN RE CHRISTOPHER KEITH SCHMOTZER

### Original Proceeding

## ORDER

We denied Christopher Keith Schmotzer's petition for writ of mandamus on October 10, 2013. He has now filed a "Motion for Suspension of the rules pursuant to T.R.A.P. Rule 2" and a "Motion for Rehearing Pursuant to T.R.A.P. 49.1." The "Motion for Suspension of the rules pursuant to T.R.A.P. Rule 2" did not contain a proper proof of service as required by the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.5.

In a letter dated June 28, 2013, the Clerk of this Court informed Schmotzer that the trial court judge, who is the respondent, and the State, which is the real party in interest, are parties to this proceeding and must be served with copies of all documents presented to the Court. *See id*.; 52.2. The Clerk also warned Schmotzer in the same letter that, in the future, the failure to timely serve the trial court judge and the district

attorney with a copy of each document filed with this Court and provide this Court with proof of service will result in the Court striking the document.

Schmotzer's motion for suspension of the rules did not contain proof of service at all. Accordingly, Schmotzer's "Motion for Suspension of the rules pursuant to T.R.A.P. Rule 2" is stricken.

Schmotzer's "Motion for Rehearing Pursuant to T.R.A.P. 49.1" is denied.


PER CURIAM


Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion stricken
Motion denied
Order issued and filed November 7, 2013